UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEANDER STOCKS
2359 24th Street, S.E., #1801
Washington, DC  20020

    Plaintiff,

v.                            Civil Action No.:

THE CORDISH COMPANIES, INC.
   Serve: Registered Agent
        RC VENTURES, INC.
        601 East Pratt St.
        6th Floor
        Baltimore, MD 21202

    Defendant.

## COMPLAINT

Plaintiff, Leander Stocks ("Plaintiff") brings this Complaint for negligence and battery against The Cordish Companies, Inc., ("Defendant") and states the following.

### JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked under diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

### PARTIES

2.    Plaintiff, Leander Stocks is a resident of Washington, DC and has always been a resident of Washington, DC at all times relevant to the cause of action herein.

3.    Defendant, The Cordish Companies, Inc., is a corporation with its corporate office and headquarters in Baltimore, MD and a regional office in Washington, DC and owned and operated Maryland Live! Casino located at Arundel Mills Boulevard

and Route 100 in Hanover (Anne Arundel County), Maryland during all times relevant to this cause of action.

## STATEMENT OF CLAIMS

### COUNT I

1. At or about 12:00 am on December 15, 2013, Plaintiff was a business invitee at Defendant's Maryland Live! Casino.

2. Plaintiff was wagering at one of Defendant's roulette wheels when the Defendant's employee operating the device negligently caused the wheel's hard ball to become airborne and strike the Plaintiff just above the left eye at high velocity.

3. That initial impact caused a sharp and severe pain followed by general disorientation in the Plaintiff and required one of Defendant's security employees to assist Plaintiff from the gaming area to a secure, private room of the casino for his comfort, recovery and/or further assessment.

4. Once in the private room, Plaintiff was able to lie down on a bench to wait for the pain above his eye to subside and for a cold compress to apply to the bruised area.

5. While Plaintiff was so reclining, and without warning or consent, the Defendant's aforementioned security employee began to administer unidentified liquid drops directly *into* Plaintiff's left eye despite the prominent contusion *above* that eye.

6. Plaintiff's reaction to this unwanted touching and unauthorized medical procedure was immediate blurred vision, increased pain and discomfort in the affected area, overwhelming disorientation and pronounced loss of physical coordination.

7. Attempting to rise from the bench in this distressed physical and mental state, the Plaintiff experienced severe disorientation that caused him to fall forward,

violently hit the front and top of his head against the hardwood door to the room, and lose consciousness.

8. The injuries sustained in the fall required that the Plaintiff be taken to a local hospital emergency room where he was evaluated and treated for the concussion sustained in the fall and the contusion resulting from being struck by the roulette wheel ball.

9. From that initial medical treatment in the early morning hours of December 15, 2013, Plaintiff has continued to suffer bouts of blurred vision, occasional loss of coordination and regular episodes of post-traumatic headaches to the present, this despite repeated medical evaluations and treatment.

10. Plaintiff avers that these episodic incidents of debilitating headaches, blurred vision and loss of coordination are the result of both negligent and willful misconduct by the Defendant's employees, to wit: Defendant's negligent operation of its roulette wheel that caused Plaintiff to sustain the contusion above his eye; and, Defendant's willfully aggressive and unwelcomed administration of an unknown liquid directly into Plaintiff's eye, which caused him to suffer, among other things, a syncopal episode leading to his fall and ensuing concussion.

11. The physical and emotional damage done to the Plaintiff by Defendant's negligent and willful misconduct has demonstrably diminished the Plaintiff's quality of life and the enjoyment thereof since sustaining his injuries and will continue to do so into the foreseeable future.

## COUNT II

1.      Plaintiff reiterates herein all of the allegations set forth in Count I above and incorporates the same as if set forth at length.

2.      Plaintiff avers that the Defendant's unwelcomed, unwanted and willful act of placing unidentified liquid directly into Plaintiff's eye amounted to a battery to his person done in wanton and reckless disregard for plaintiff's rights to be free of unsolicited medical treatment and/or other batteries to his person and rise therefore to the level of malice.

3.      That act of unwanted touching proximately caused Plaintiff to suffer a concussion and its continuing consequences manifesting in episodic incidents of debilitating headaches, blurred vision and loss of coordination and general diminishment in Plaintiff's quality of life and the peaceful enjoyment thereof.

## PRAYER FOR RELEIEF

## COUNT I

WHEREFORE, Plaintiff Leander Stocks demands judgment against Defendant for Count I as follows:

1.      Prays for judgment against the Defendant in the amount of One Hundred Fifty Thousand ($150,000.00) Dollars, plus pre-judgment and post-judgment interest;

2.      Plaintiff prays for interest at a rate determined by the jury on the principal amount or a portion thereof, as set by the jury, for a term commencing December 15, 2013;

3.      Plaintiff prays for reimbursement for Court costs expended herein;

4.     Plaintiff reserves his right to amend his Complaint up to and including the date of the trial of this matter; and

5.     Such other and further relief as the Court deems just and proper.

## COUNT II

WHEREFORE, Plaintiff Leander Stocks demands judgment against Defendant for Count II as follows:

1.     Plaintiff prays for judgment against the Defendant for Punitive Damages in the amount of One Hundred Fifty Thousand ($150,000.00) Dollars plus pre-judgment and post-judgment interest;

2.     Plaintiff prays for interest at a rate determined by the jury on the principal amount or a portion thereof, as set by the jury, for a term commencing December 15, 2013;

3.     Plaintiff prays for reimbursement for Court costs expended herein;

4.     Plaintiff reserves his right to amend his Complaint up to and including the date of the trial of this matter; and

5.     Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues so triable.

Respectfully submitted,

/s/
Deborah D. Wright 429549
Law Office of Deborah D Wright
P.O. Box 34314
Washington, DC  20043
202.251.0677 (o)

5

                                                              202.688.1841 (f)
                                                              ddwright165@gmail.com

Dated:  November 15, 2014            Counsel for Plaintiff
                                                              Leander Stocks